UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) | No. 3:25-CR-56-TAV-DCP |
| DUSTIN JOYCE, | ) ) ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Dustin Joyce's Unopposed Motion to Continue Trial and Plead Deadline [Doc. 23], filed on November 3, 2025.

Defendant requests the Court to continue the plea deadline, set for November 3, 2025, and the trial date, currently set for December 2, 2025 [*Id.* at 1]. In support of his motion, Defendant states that he was charged in a three count indictment on June 24, 2025, alleging two counts of distribution of child pornography in violation of 18 U.S.C. § 2252A(a)(1)(2) and a single count of possession and access with intent to view child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B) [*Id.* ¶ 1]. Counsel for the Defendant and the Government are working in good faith towards a resolution of the case; however, additional time is necessary to continue these discussions and meet with Defendant, who is currently detained at Laurel County Correctional Facility in London, Kentucky [*Id.* ¶ 3]. Defendant's motion reflects that the Government does not oppose the continuance [*Id.* ¶ 5]. Defendant has been advised of and understands his rights to a speedy trial and is not opposed to a continuance of the trial and the corresponding deadlines [*Id.* ¶ 5].

Based on the information in Defendant's motion and because the Government does not oppose the continuance, the Court finds the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). In consideration of these factors, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). Defendant needs the additional time to receive and consider a formal plea offer, and if that does not resolve the case, otherwise prepare for trial. The Court finds that all of this cannot occur before the December 2, 2025 trial date.

The Court therefore **GRANTS** Defendant Dustin Joyce's Unopposed Motion to Continue Trial and Plea Deadline [**Doc. 23**]. The trial of this case is reset to **March 31, 2026**. A new, comprehensive trial schedule is included below. Because the Court finds that the ends of justice are served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all of the time between the filing of the motion on November 3, 2025, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A)–(B).

Accordingly, the Court **ORDERS** as follows:

(1) Defendant Dustin Joyce's Unopposed Motion to Continue Trial and Plea Deadline [**Doc. 23**] is **GRANTED**;

(2) the trial of this matter is reset to commence on **March 31, 2026, at 9:00 a.m.**, before the Honorable Thomas A. Varlan, United States District Judge;

(3) all time between the filing of the motion on **November 3, 2025**, and the new trial date of **March 31, 2026**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **February 27, 2026**;

(5) the deadline for filing motions *in limine* is **March 16, 2026**. Responses to motions *in limine* are due on or before **March 24, 2026**;

(6) the parties are to appear before the undersigned for a final pretrial conference on **March 12, 2026, at 11:30 a.m.**; and

(7) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **March 20, 2026.**

**IT IS SO ORDERED.**

ENTER:

*/s/ Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge